IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID ARLEN BURLING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The scheduling of a hearing on the motion for reduction in sentence pursuant to Rule 35(b) (filing 72) is held in abeyance until the appeal of this matter has been resolved.

(2)   The government shall advise the undersigned within thirty (30) days after the appeal has been resolved and the Rule 35 motion is ready for disposition.

August 3, 2005.                      BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge