IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID ARDEN BURLING, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Burling's resentencing and hearing on Rule 35(b) motion is scheduled on Monday, October 24, 2005, at noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  The defendant shall be present for the hearing unless excused by the court.

September 19, 2005.   BY THE COURT:

                                                         s/ *Richard G. Kopf*
                                                          United States District Judge