IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DAVID ARDEN BURLING, | ) | |
| | ) | |
| Defendant. | ) | |

At the United States Marshals Service's request,

IT IS ORDERED that Defendant Burling's resentencing and hearing on Rule 35(b) motion is rescheduled to Wednesday, November 2, 2005, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska.  The defendant shall be present for the hearing unless excused by the court.

October 13, 2005.              BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge